Opinion issued April 16, 2013



In The

# Court of Appeals

For The

# First District of Texas

————————————

## NO. 01-11-00853-CV

————————————

**DYNEGY, INC., Appellant**

**V.**

**COLLEEN WITMER; JACK BAUER, JR.; STANLEY MOSKAL; BARBARA A. MOSKAL; LUCAS EVANS; FREDERIC ELLIOT; EDWARD ROSS; EDWARD TANSLEY; RAJESH RALLI; YUNG L. GIBSON; GLEN SNIDER; WILLIAM B. FREEMAN LIVING TRUST NO. 1; DANIEL THOMPSON; DEANNA THOMPSON; RANDY LAUGHLIN; STEPHEN CHESELDINE; IRVING S. BRAUN AND JUDITH BRAUN, JOINT TENANTS WITH RIGHT OF SURVIVORSHIP; IRVING S. BRAUN, IRA; JUDITH BRAUN, IRA; JUDITH BRAUN, ROTH IRA; DON VANDER BOS; JOHN W. OLDNER; RICHARD BORES; AND KEVIN HENDRICKS, Appellees**

**On Appeal from the 234th District Court**
**Harris County, Texas**
**Trial Court Case No. 2010-50609**

# MEMORANDUM OPINION

On April 9, 2013, the parties to this appeal filed a Joint Motion to Set Aside Judgment, Discharge, Release and Return Cash Deposit, and to Remand Pursuant to Settlement Agreement. On April 11, 2013, the parties filed a Joint Motion to Expedite the Mandate. We grant the parties' motions in full.

Accordingly, pursuant to rule 42.1 of the Texas Rules of Appellate Procedure and without regard to the merits of this appeal, we set aside the trial court's judgment, signed on July 20, 2011. See TEX. R. APP. P. 42.1(a)(2)(B). In accordance with the parties' agreement, the Harris County District Clerk shall release from its Registry all of the funds being held from check number 1191803316 in Cause No. 2010-50609; *Colleen Witmer, et al. v. Dynegy, Inc., et al.*; in the 234th District Court of Harris County, Texas, plus all interest accrued on these funds to Charles W. Schwartz. We discharge and release Dynegy, Inc. from any liability under the Clerk's Certificate of Deposit in Lieu of Supersedeas Bond.

We remand the case to the trial court for rendition of a judgment in accordance with the parties' settlement agreement.

Costs of the appeal are taxed against the parties who incurred them. *See* TEX. R. APP. P. 42.1(d).

The Clerk is directed to issue the mandate upon issuance of this opinion, in accordance with the parties' agreement. *See* TEX. R. APP. P. 18.1(c).

**PER CURIAM**

Panel consists of Chief Justice Radack and Justices Higley and Brown.